UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFERY McCRORY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>OFFICER J.L. SENSENEY, el al., )<br>)<br>Defendants. ) | No. 1:11-cv-086-SEB-DML |

# E N T R Y

The plaintiff's motion for reconsideration has been considered. "A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ." *Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006).

The plaintiff is an Indiana prisoner who has filed this civil rights lawsuit against two Anderson police officers. The plaintiff was assessed an initial *partial* filing fee of $16.20. Following payment of that sum, the court issued various orders, including an order to the plaintiff's custodian to collect the *balance* of the filing fee in the manner prescribed by 28 U.S.C. § 1915(b).

The plaintiff's motion for reconsideration is premised on his misunderstanding concerning the effect of *in forma pauperis* status. "[E]very litigant has the legal responsibility to pay the filing and docketing fees to the extent feasible." *Longbehn v. United States,* 169 F.3d 1082, 1083 (7th Cir. 1999). When a prisoner-litigant is granted *in forma pauperis* status, the prisoner is required to pay an "initial partial filing fee" that is computed on the basis of the information in his prisoner's account. 28 U.S.C. § 1915(b)(1). That is what occurred here through the assessment of the initial partial filing fee. The prisoner is then required to pay the balance in monthly installments. *Id.* § 1915(b)(2), (b)(3). That is what has occurred through the issuance of the Order directing collection of the balance of the filing fee by the plaintiff's custodian through deposits to the plaintiff's inmate account.

The filing fee for a civil action is $350.00. No error has occurred with respect to the collection of the filing fee through the steps described above. The plaintiff's motion for reconsideration [11] suggesting otherwise is therefore **denied.**

**IT IS SO ORDERED.**

Date: 05/18/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Officer J.L. Senseney
Anderson Police Department
1040 Main Street
Anderson, IN 46016

Officer Shad Grile
Anderson Police Department
1040 Main Street
Anderson, IN 46016

Jeffery McCrory
DOC #197273
Pendleton - CIF
Inmate Mail/Parcels
5214 Reformatory Road
Pendleton, IN 46064